# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| THOMAS J. PAULSON, | CASE NO. C10-0183JLR |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| SNOHOMISH COUNTY, et al., | |
| Defendants. | |

This matter comes before the court on Plaintiff Thomas J. Paulson's "motion for change of venue plaintiff will re-file" (Dkt. # 25). In the motion, Mr. Paulson states:

> The Plaintiff, not waiving any confidence in the United States District Court of Seattle and (or) the staff that currently works there, will consider this case not to Proceed in the above listed case number as No. C10-183-JLR at the plaintiffs discretion.

(Mot. at 1.) The court construes this motion as a request for voluntary dismissal. At this time, Defendant Snohomish County has neither filed an answer to Mr. Paulson's complaint nor filed a motion for summary judgment or any other motion. On this record,

ORDER- 1

voluntary dismissal is appropriate at Mr. Paulson's request pursuant to Federal Rule of Civil Procedure 41. Therefore, the court ORDERS as follows:

(1) The court GRANTS the motion (Dkt. # 25) and DISMISSES this action without prejudice; and

(2) The court DENIES as MOOT all pending motions (Dkt. ## 12, 17, 23, 24).

Dated this 1st day of March, 2010.

JAMES L. ROBART
United States District Judge